

# THE ATTORNEY GENERAL
## OF TEXAS

AUSTIN 11, TEXAS

Gerald C. Mann
XXXXXXXXXXXX

Honorable C. J. Wilde
County Auditor
Nueces County
Corpus Christi, Texas

Dear Sir:

Opinion No. C-3642
Re:  Where two vehicles, each within
the registration limitations,
a truck weighing 32,000 pounds
and a semi-trailer weighing 6,000
pounds are used together upon the
highways as a combination to haul
heavy overloads, is it necessary
that the truck and semi-trailer
be registered since the gross
empty weight of both vehicles ex-
ceeds 38,000 pounds.

We are in receipt of your letter in which you
request the opinion of this Department upon the following
facts stated in your letter:

"Where two vehicles each within the regis-
tration limitations, a truck weighing 32,000
pounds and a semi-trailer weighing 6,000 pounds
are used together upon the highways as a combi-
nation to haul heavy overloads, is it necessary
that the truck and semi-trailer be registered
since the gross empty weight of both vehicles
exceeds 38,000 pounds.

"If your answer is in the negative, can the
truck and semi-trailer be operated upon the high-
ways under a special overload permit, without being
registered, when not carrying any load at all?"

In opinion No.O-3328 this Department held as follows:

"It is apparent that in providing for a method of registration in Article 6675a, Vernon's Annotated Civil Statutes, the Legislature deemed it best to require that each motor vehicle, trailer and semi-trailer be registered separately."

We have examined Senate Bill No.43, Acts of the 47th Legislature, 1941, and we believe that under said Senate Bill the truck and semi-trailer you inquire about are each required to be registered separately. The truck tractor is to be registered in accordance with Section 6 of Article 6675a of Vernon's Annotated Civil Statutes as amended by Senate Bill 43, supra, and the semi-trailer is to be registered in accordance with Section 8 of Article 6675a of Vernon's Annotated Civil Statutes as amended by said Senate Bill 43, supra.

Our answer to your first question obviates the necessity of an answer to your second.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

Billy Goldberg
Assistant

APPROVED Jul 3, 1941

Grover Sellers
First Assistant
Attorney General

BG:ANM:bt